JS - 6

**FILED: 5/7/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIDA CORTEZ ) <br> ) <br>       Plaintiff, ) <br> ) <br>    vs. ) <br> ) <br> AETNA LIFE INSURANCE COMPANY, ) <br> et al ) <br>       Defendants. ) <br> _____) | **CASE NO. 13-7301 GHK (MRWx)** <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FORTY-FIVE (45) DAYS**, to reopen the action if settlement is not consummated.

DATED: 5/7/14

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE