**FILED: 5/22/14**

UNITED STATES DISTRICT COURT

CENTRAL OF CALIFORNIA

| | |
|---|---|
| LOIDA CORTEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; APMT OCU GROUP LONG TERM DISABILITY POLICY; and DOES 1 to 10, Inclusive,<br><br>　　　　Defendants. | CASE NO. CV13-7301 GHK (MRWx)<br>*Judge George H. King*<br><br>**[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:　October 2, 2013 |

Pursuant to the Joint Stipulation for Dismissal of Entire Action With Prejudice by and between Plaintiff Loida Cortez and Defendant Aetna Life Insurance Company orders the entire action dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: 5/21/14

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. George H. King
　　　　　　　　　　　　　　　　Chief U.S. District Judge

*Gordon & Rees LLP*
*633 West Fifth Street, 52nd Floor*
*Los Angeles, CA 90071*

-1-　　　　CV13-7301 GHK (MRWx)
[PROPOSED] ORDER RE DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE

Submitted by:

RONALD K. ALBERTS (SBN: 100017)
MICHELLE L. STEINHARDT (SBN: 235149)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
ralberts@gordonrees.com
msteinhardt@gordonrees.com

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

KEVIN M. ZIETZ (SBN: 186244)
LAW OFFICES OF KEVIN M. ZIETZ, PC
16055 Ventura Boulevard, Ste. 432
Encino, CA 91436
Telephone: (818) 981-9200
Facsimile: (818) 981-9201
kevin@zietzlaw.com

GEORGE R. KINGSLEY (SBN: 38022)
KINGSLEY & KINGSLEY, APC
16133 Ventura Boulevard, Ste. 1200
Encino, CA 91436
Telephone: (818) 990-8300
Facsimile: (818) 990-2903
gkingsley@kingsleykingsley.com

Attorneys for Plaintiff
LOIDA CORTEZ

1091588/19564469v.1

-2-
[PROPOSED] ORDER RE DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE

CV13-7301 GHK (MRWx)